

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MID-WEST TEXTILE CO., | § | No. 08-13-00093-CV |
| Appellant, | § | Appeal from the |
| v. | § | 210th Judicial District Court |
| GUADALUPE FIERRO, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2011-DCV05558) |

## <u>MEMORANDUM   OPINION</u>

Appellant, Mid-West Textile Co., has filed a motion to dismiss its appeal against Appellee, Guadalupe Fierro.   As permitted by the Texas Rules of Appellate Procedure, we may dismiss an appeal "[i]n accordance with a motion of appellant . . . unless [dismissing the appeal] would prevent a party from seeking relief to which it would otherwise be entitled."   TEX.R.APP.P. 42.1(a)(1).   The motion to dismiss has been on file for more than ten days and indicates it has been served upon Appellee's counsel and that Appellee does not oppose the motion.   As of today, we have received no response or opposition to the motion.   Because Appellant has complied with the requirements of Rule 42.1(a)(1) and no opposing party has sought relief, we grant the motion and dismiss the appeal.   The parties have agreed to bear their own costs.

May 15, 2013

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.